**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**MICHAEL ALFORD,**

      **Petitioner,**

**v.**                                    **Case No. 5:26-cv-47-AW-MAL**

**FCI MARIANNA FL, et al.,**

      **Respondents.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael Alford is serving a federal sentence. He filed a § 2241 petition saying he "challenge[s] the unconstitutional First Amendment retaliatory transfer for merely exercising [his] First Amend (sic) protected speech." ECF No. 2 at 2. He is incarcerated in New Jersey, *see id*. at 1, and, as the magistrate judge notes in her report and recommendation, the proper place for a § 2241 petition is the district of confinement. That is not this district.

In the report and recommendation, the magistrate judge recommends dismissal rather than transfer, noting that the petition includes mixed claims and appears to raise conditions-of-confinement claims. ECF No. 5. Alford has filed objections. ECF No. 8. He does not challenge the conclusion that he filed the petition in the wrong district. But he insists transfer, not dismissal, is appropriate. He disclaims any conditions-of-confinement claim.

1

Having carefully considered the matter, and after a de novo review of the issues raised in Alford's objections, I now adopt the report and recommendation and incorporate it into this order. As a matter of discretion, I conclude (as did the magistrate judge) that based on problems with Alford's mixed (or at least ambiguous) claims, dismissal is the better course. This is without prejudice to a new case filed in the appropriate district.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on April 13, 2026.

s/ *Allen Winsor*
Chief United States District Judge